UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

-------------------------------------------------------
DAIL DESILVA

        Plaintiff,

    v.                                          Civil Action No. 3:11-cv-01059

AMERICAN CREDIT & COLLECTIONS, LLC

        Defendant.
-------------------------------------------------------

## APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff hereby applies for the entry of default judgment against Defendant, American Credit & Collections, LLC. Defendant was served with Plaintiff's Complaint via personal service on November 10, 2011. (*See* affidavit of service attached hereto as Exhibit A). As of the date of this Motion, Defendant has not filed an Answer and has offered no explanation for their failure to answer the instant complaint. Accordingly, Plaintiff seeks default against Defendant in the amount of four thousand five hundred forty-seven dollars and ninety-five cents ($4,547.95), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. §1692(k)(a)(2)(A), three thousand seventy-eight dollars ($3,078.00) in attorney fees and four hundred sixty-nine dollars and ninety-five cents($469.95) for court costs.

This sum is supported by the Affidavit of undersigned, attached hereto as Exhibit B.

Dated: January 6, 2012

>Respectfully submitted,
>
>Dail Desilva
>WEISBERG & MEYERS, LLC
>
>By: /s/ Paul K. Guibao
>Paul K. Guibao
>Attorney for Plaintiff
>Weisberg & Meyers, LLC
>1448 Madison Avenue
>Memphis, TN 38104
>Telephone: (602) 445 9819
>Facsimile: (866) 565 1327
>Email: PGuibao@AttorneysForConsumers.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 6, 2012, a true and correct copy of the foregoing document was filed by electronic means through the Court's ECF System. A copy was mailed to the following:

American Credit & Collections, LLC
921 Oak Street
Scranton, PA 18508-0075

>By: /s/ Paul K. Guibao
>Paul K. Guibao