```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


DAIL DESILVA                        )
                                    )
v.                                  )   Civil Action No. 3:11-1059
                                    )   Judge Campbell/Knowles
AMERICAN CREDIT & COLLECTIONS       )
```

### O R D E R

Pursuant to the Motion for Entry of Default Judgment filed by the Plaintiff on January 6, 2012 (Docket Entry No. 9), the Initial Case Management Conference scheduled for January 9, 2012, at 11:00 a.m., is CANCELLED, to be reset by separate Order, if necessary.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge