# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

-----------------------------------------------------

DAIL DESILVA

                                                   Civil Action No. 3:11-cv-01059

                Plaintiff,

                                          Chief Judge Campbell

      v.                                    Magistrate Judge Knowles

AMERICAN CREDIT & COLLECTIONS, LLC

                Defendant.

-----------------------------------------------------

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff hereby moves for default judgment against Defendant, American Credit & Collections, LLC. Defendant was served with Plaintiff's Complaint via personal service on November 10, 2011. (*See* affidavit of service attached hereto as Exhibit A). As of the date of this Motion, Defendant has not filed an Answer and has offered no explanation for their failure to answer the instant complaint. Accordingly, Plaintiff seeks default against Defendant in the amount of four thousand five hundred forty-seven dollars and ninety-five cents ($4,547.95), representing statutory damages in the amount of one thousand dollars ($1,000.00), 15 U.S.C. §1692(k)(a)(2)(A), three thousand seventy-eight dollars ($3,078.00) in

attorney fees and four hundred sixty-nine dollars and ninety-five cents($469.95) for court costs.

This sum is supported by the Affidavit of undersigned, attached hereto as Exhibit B.

Dated: March 5, 2012

                                    Respectfully submitted,

                                    Dail Desilva
                                    WEISBERG & MEYERS, LLC

                              By: /s/ Paul K. Guibao
                                    Paul K. Guibao
                                    Attorney for Plaintiff
                                    Weisberg & Meyers, LLC
                                    1448 Madison Avenue
                                    Memphis, TN 38104
                                    Telephone: (602) 445 9819
                                    Facsimile: (866) 565 1327
                                    Email: PGuibao@AttorneysForConsumers.com


## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 5, 2012, a true and correct copy of the foregoing document was filed by electronic means through the Court's ECF System. A copy was mailed to the following:

 American Credit & Collections, LLC
921 Oak Street
Scranton, PA 18508-0075


                              By: /s/ Paul K. Guibao
                                    Paul K. Guibao