IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAIL DESILVA | ) |
| | ) |
| v. | ) NO. 3-11-1059 |
| | ) JUDGE CAMPBELL |
| AMERICAN CREDIT & | ) |
| COLLECTIONS, LLC | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Default Judgment (Docket No. 15), to which no Response has been timely filed. Plaintiff's Motion is GRANTED, and Plaintiff is awarded judgment against Defendant in the total amount of Four Thousand, Five Hundred Forty-Seven Dollars and Ninety-Five Cents ($4,547.95).

The Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE