UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DAIL DESILVA | ) ) ) ) ) ) ) ) | Case No. 3:11-cv-1059 |
| v. | | JUDGE CAMPBELL |
| AMERICAN CREDIT & COLLECTIONS, LLC | | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on March 23, 2012.

     KEITH THROCKMORTON, CLERK
     s/Dalaina Thompson, Deputy Clerk